## SMITH V. SIMONS.

A writing which for a valuable consideration, grants liberty to flow a man's lands for a number of years, is a lease within the meaning of the law, and must be recorded.

ACTION for erecting a mill-dam on the west line of the plaintiff's land, across a stream of water, and flowing his meadow.

Plea — Not guilty. Issue to the court. The plaintiff proved his declaration.

The defendant then offered in evidence a writing under the hand and seal of        Flint, the original proprietor of said land, executed in A. D. 1755; whereby, for the consideration of £5, he granted to those under whom the defendant claims, liberty of flowing said land twelve years without restriction, and for eighty years in the winter half of the year; viz. from the 15th of November to the 15th of May annually. This writing was not recorded.

The question put to the court — Whether this writing is a lease which the law requires should be recorded, or only a license?

By the COURT. It is a lease, and without being recorded is void as to purchasers. Judgment — That the defendant is guilty.